# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KESTER SANDY** | : | **CIVIL ACTION NO. 20-3290** |
| | : | |
| v. | : | **CRIMINAL NO. 04-324** |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

## ORDER

**NOW**, this 10th day of March, 2021, upon consideration of the Petition for Writ of *Habeas Corpus* Under 28 U.S.C. § 2241 (Doc. No. 1), it is **ORDERED** that the petition is **DISMISSED WITHOUT PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.